**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7267**

_____

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

MICHAEL STACEY, a/k/a Sadat,

            Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Graham C. Mullen, Senior District Judge.   (3:03-cr-00134-GCM-4)

_____

Submitted:  September 10, 2009      Decided:  September 16, 2009

_____

Before KING, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Stacey, Appellant Pro Se.  Keith Michael Cave, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Stacey appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Stacey, No. 3:03-cr-00134-GCM-4 (W.D.N.C. June 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED